**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01299-CV

### IN THE INTEREST OF J.C., ET AL

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

We **GRANT** appellant's April 1, 2015 motion for extension of time to file brief and

**ORDER** the brief be filed no later than April 30, 2015.  Appellant is cautioned that failure to

comply with this order may result in dismissal of the appeal without further notice.  *See* TEX. R.

APP. P. 38.8(a)(1), 42.3(b),(c).


/s/      CRAIG STODDART
         JUSTICE